RECEIVED
NOV 13 2017
EDNY PRO SE OFFICE

AZRACK, J.
LOCKE, M. J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rodney Robert Pierre

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Nassau County, (Elmont Police) Nassau County Police Dept.
Department, Town of Elmont,
Nassau County Jail Sheriffs
Elmont Police Dep John doe 1-20 Jane Doe
Nassau County Jail Sheriff
John Doe 1-10 Jane Doe
NUMC Hospital Nurses and Doctors
John/Jane Doe Sheriff of
police Elmont Police Department
John Doe/Jane Doe et.al

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

## COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☐ No
(check one)

CV17 6629

RECEIVED
NOV 08 2017
PRO SE OFFICE

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Rodney Robert Pierre
ID # 15-A-4084
Current Institution Coxsackie Correctional Facility
Address P.O Box 999, Coxsackie, New York 12051

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Nassau County Jail/Superintendent/
Name Sgt. Drake/John doe 1-10 Shield #
Where Currently Employed Correctional center
Address 100 Carman Ave., East Meadow 11554 (Correctional Center)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV. - 9 2017 ★
LONG ISLAND OFFICE

Defendant No. 2 Name John doe / Jane Doe -1-10 Shield # ______
Where Currently Employed Elmont Police Department
Address ______

Defendant No. 3 Name Nassau County Municipality Shield # ______
Where Currently Employed Nassau County
Address ______

Defendant No. 4 Name Jane/John Doe 1-10 (NUMC) Hospital Shield # ______
Where Currently Employed ______
Address Nassau County, New York County

Defendant No. 5 Name ______ Shield # ______
Where Currently Employed ______
Address ______

**II. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
Elmont, NY Police Dept., Hospital NUMC, Nassau County jail ( upon Arrest in Elmont, In hospital and In County Jail)

B. Where in the institution did the events giving rise to your claim(s) occur?
County Jail hallway, cell block intake, Hospital, Meacham Ave Elmont, NY

C. What date and approximate time did the events giving rise to your claim(s) occur?
______

D. Facts: Officers pulled over Taxi cab and ask me to step out of the vehicle. I informed the officer that I am a St. John's law Student and I would like to be able to first question this Stop and be able to call my lawyer. Immediately when I reached for my Phone I was attacked, by Doe/Jane Defendants. The Elmont Police Dept. attack me for a long time. Hospital refused to give me medical treatment and attention after instructed by officers not to treat me. I asked for x-ray on my back and stitches on my left hand. I still have multiple problems dealing with my back and pain in my shoulder. Nurses/Doctors Jane/John Doe's 1-10 at hospital.

Nassau County Jail I was Mazed, attack, sexually assaulted, and thrown in the box. They denied me my mental health medication before I went to court and this is how everything started in Nassau County. Sgt. Drake gave orders for his officers to remove me from court cells and teach me a lesson, because after he asked if I will inform my lawyer about not receiving proper mental medication before arriving in court. I answered yes I have to tell my lawyer about the mistreatment. After that the attack continued in my cell. Photo's was taken and video Surveillance Should be available.

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Shoulder injuries, Back injuries, Scare on left hand, denial of medical attention, Prea violation of Correction officers.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes X No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
Nassau County Jail

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___ No X Do Not Know ___ IG come to see me 2014

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___ No X Do Not Know ___

If YES, which claim(s)? ___

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes X No ___ to Investigative General Agents

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
Investigative General office / Agents

1. Which claim(s) in this complaint did you grieve? Sexual Assults, Assaulted, Denied medical Attention

2. What was the result, if any? Investigation after taking my complaint

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I never received a response so I wrote the Govenor of the State of Newyork and as a result Nassau County Sheriff's office contacted me here at Coxsackie Correctional Facility.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I was denied administrative remidies and thrown in the box for 6 months and I have never heard about anything on this Situation, until the call from the Nassau County Sheriff's office in 2017.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, In Nassau County I told Sgt. Anderson and he set up an interview with IG4 (Investigation General) at Nassa County Jail

when and how, and their response, if any: I G and Sgt. Anderson gave me relief, However I am now taking seeking the Eastern District court relief in this claim.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I request ~~or~~ Seek 30 million dollas ( ~~30,000,000~~ $30,000,000.00, for pain and suffering, mental anguish, cost of future medical fee's, eventually I may need a operation on my back and shoulder and future physicall therapy, personal humiliation, and the reason I am seeking $30,000,000.00 is for these violations of the United States Constitutional and my rights ~~secured~~ secured by the United States constitution and or the New york State constitution

## VI. Previous lawsuits:

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No X

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________

Defendants ______________________________

2. Court (if federal court, name the district; if state court, name the county) ______________________________

3. Docket or Index number ______________________________

4. Name of Judge assigned to your case ______________________________

5. Approximate date of filing lawsuit ______________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________________

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No X

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________

Defendants ______________________________

2. Court (if federal court, name the district; if state court, name the county) ______________________________

3. Docket or Index number ______________________________

4. Name of Judge assigned to your case ______________________________

5. Approximate date of filing lawsuit ______________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 2nd day of October, 2017.

Signature of Plaintiff ______

Inmate Number 15-A-4084

Institution Address Coxsackie Correctional Facility, Po Box 999

Jackie A. Lewis
Notary Public, State of New York
Qualified in Albany County
No. O1LE6265486
My Commission Expires 07/09/2020

**Note**: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of ________________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ______