**BRUCE A. BLAKEMAN**
**County Executive**



**THOMAS A. ADAMS**
**County Attorney**

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

December 30, 2025

**VIA PACER**
Honorable Magistrate Judge Joseph A. Marutollo
United States District Judge
Eastern Distrct of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Pierre v. Nassau County et al* Docket No. 2:17-cv-06629-LDH-JAM

Dear Your Honor,

Our office represents Defendants County of Nassau, Nassau County Police Department, and Nassau County Jail Sheriffs (hereinafter referred to as "County Defendants") in this matter. County Defendants have met and conferred with Plaintiff. Both parties agree that an in person settlement conference would be productive in resolving this matter. At this time, no substantive settlement discussions have taken place between Plaintiff and the County Defendants. Plaintiff represents that he is amenable and available to participate in an in-person settlement conference at the Court's convenience.

As always, we thank the Court for its time, patience, and consideration.

Respectfully submitted,

*Nicholas Zotto*

Nicholas Zotto, Esq.
Deputy County Attorney

To: via electronic mail
**Rodney Robert Pierre**
Plaintiff, Pro Se
P.O. Box 98
Yorkville, NY 13495
Email: Pierrer1577@gmail.com

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684**