UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*** Filed ***
11:40 AM, 30 Dec, 2025
U.S.D.C., Eastern District of New York

**Pierre v. Nassau County et al.**
Case No. 2:17-cv-06629-LDH-JAM

**PLAINTIFF'S STATUS LETTER IN RESPONSE TO DECEMBER 23, 2025 ORDER**

Dear Magistrate Judge Marutollo:

I respectfully submit this letter in response to the Court's December 23, 2025 Order directing the parties to file a joint status report regarding settlement.

Settlement discussions have occurred in substance. I have communicated with defense counsel, including by telephone, and I have indicated that I am amenable to participating in a settlement conference before the Court.

Defense counsel indicated that he would follow up with me regarding potential settlement options; however, as of today's date, I have not received further communication. I remain available and willing to participate in good-faith settlement discussions or a Court-supervised settlement conference.

I submit this letter to ensure compliance with the Court's Order should a joint filing not be submitted.

Respectfully submitted,

Rodney Robert Pierre
Plaintiff, Pro Se
P.O. Box 98
Yorkville, NY 13495
Email: Pierrer1577@gmail.com