UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RODNEY ROBERT PIERRE,
Plaintiff,

-against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPT., ELMONT POLICE DEPT., TOWN OF ELMONT, NASSAU COUNTY JAIL SHERIFFS, JOHN DOE 1-20 ELMONT POLICE DEPT., JANE DOE NASSAU COUNTY JAIL SHERIFF, JOHN DOE 1-10 AND JANE DOE NUMC HOSPITAL NURSES AND DOCTORS, JOHN/JANE DOE SHERIFF OF POLICE, ELMONT POLICE DEPARTMENT, JOHN DOE, JANE DOE, NASSAU COUNTY JAIL/ SUPERINTEDENT, SGT. DRAKE, JOHN DOE 1-10 CORRECTIONAL CENTER, JANE DOE 1-10 ELMONT POLICE DEPARTMENT,
Defendants.

--- X

**17-cv-06629 (LDH)(JAM)**

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: March 11, 2026

**PRO SE PLAINTIFF:**

By: [signature]
1558 Seymour Ave
Utica, NY 13501
Ph: 929-228-8964

**ATTORNEY FOR DEFENDANTS:**
THOMAS A. ADAMS
Nassau County Attorney

By: *Nicholas Zotto*
Nicholas Zotto
Deputy County Attorney
1 West Street
Mineola, New York 11501
Ph.: (516) 571-3012

***SO ORDERED:***

______________________________
***HON.***